

**The following constitutes the order of the Court.
Signed: June 11, 2021**

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 20-41932 WJL |
| Pablo C Estebanez & Marina Aguirresarobe Ganchegui, | Chapter 7 |
| Debtors. | |
| Antonia Mambelli, | |
| Plaintiff, | AP No.: 21-04017 WJL |
| v. | **HEARING HELD:** |
| Pablo C Estebanez, | Date: June 9, 2021 |
| Defendant. | Time: 2:00 p.m. VIA TELECONFERENCE |

**ORDER AFTER HEARING**

On June 9, 2021, the Court held a continued Scheduling Conference in the above-captioned case. Appearances were made by the parties, as indicated on the record.

For the reasons stated on the record, the Court HEREBY ORDERS the following:

(1) Plaintiff is to serve Defendant with a formal request for production of documents by June 11, 2021;

(2) The deadline for Defendant's response is July 9, 2021;

(3)  If Defendant fails to respond, Plaintiff can move to
compel production of documents or for other applicable relief; and
        (4)  The Scheduling Conference is continued to September 8,
2021, at 2:00 p.m.
     Pursuant to Sixth Amended General Order 38, the hearing will
be conducted telephonically.  For information about telephonic
appearances, please see:
https://www.canb.uscourts.gov/judge/lafferty/calendar

**\*END OF ORDER\***

1 | **COURT SERVICE LIST**
2 | Pablo C Estebanez
  | 4651 James Ave
3 | Castro Valley, CA 94546
4 |
5 |
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |